SEPTEMBER 11, 1958.

No. 1, Misc. AARON ET AL. *v.* COOPER ET AL., MEMBERS OF THE BOARD OF DIRECTORS OF THE LITTLE ROCK, ARKAN-

SAS, INDEPENDENT SCHOOL DISTRICT, ET AL. On application for vacation of the order of the United States Court of Appeals for the Eighth Circuit staying issuance of its mandate and for a stay of the order of the United States District Court for the Eastern District of Arkansas and for such other orders as petitioners may be entitled to. Motion for leave to file brief of J. W. Fulbright, as *amicus curiae,* denied. Motion for leave to file brief of John Bradley Minnick, as *amicus curiae,* denied. Motion for leave to file brief of William Burrow, as *amicus curiae,* denied.